IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LOCAL UNION 136, IBEW HEALTH AND WELFARE FUND, ) ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) ) | Civil Action Number 02-C-0791-W |
| E.H. SMITH ELECTRICAL CONTRACTORS, INC., ) ) ) ) | |
| Defendant. ) | |

### FINDINGS OF FACT AND CONCLUSION OF LAW
### ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**A. Findings of Fact**

1. Plaintiff Local Union 136, IBEW Health and Welfare Fund filed this lawsuit on March 28, 2002.

2. Defendant E.H. Smith Electrical Contractors, Inc., was duly and properly served with the Summons and Complaint on August 21, 2002.

3. Defendant has failed to answer or otherwise plead to the Complaint within the period of time fixed by law.

4. Defendant is not an incompetent, infant, or member of the United States Armed Services.

5. On November 14, 2002, the Clerk of the Court entered default against Defendant.

6. Plaintiff has suffered damages in the amount of $1,451.22.

## B. Conclusion of Law

Based on the foregoing findings, Plaintiff is entitled to a judgment of $1,451.22 against Defendant.

By separate order, a Default Judgment shll be entered against Defendant in the amount of $1,451.22.

Done this 31st day of December, 2002.

							_____
							Chief United States District Judge
								U.W. Clemon